

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

WILLIAM D. ABRAHAM,      §      No. 08-22-00079-CV

         Appellant,      §      Appeal from the

v.      §      243rd District Court

RON ACTON, DEBBIE ACTON, AARK      §      of El Paso County, Texas
INVESTMENTS LP, FEDERICO
FERNANDEZ AND CAROL      §      (TC# 2016DCV2081)
FERNANDEZ,

     §

         Appellees.      §

     §

## **O R D E R**

The Court GRANTS Andrea Logue's request for an extension of time within which to file the Reporter's Record until **July 11, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Andrea Logue, Official Court Reporter for the 243rd District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before July 11, 2022.

IT IS SO ORDERED this 27th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.